**Order entered September 15, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00609-CV

**E.I. DU PONT DE NEMOURS AND COMPANY, Appellant**

**V.**

**VIRGIL HOOD AND LORRIE HOOD, Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-03619**

## ORDER

We **GRANT** appellee/cross-appellant Lorrie Hood's September 12, 2016 motion to adopt briefing schedule. We **ORDER** appellant's brief and cross-appellants' brief due October 16, 2016; appellees' brief and cross-appellee's brief due November 15, 2016; and appellant's reply brief and cross-appellants' reply brief due December 12, 2016.

/s/    CRAIG T. STODDART
        JUSTICE